# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

Harvey I. H. [1];

        Plaintiff;

vs.

Kilalo Kijakazi, Commissioner of Social Security;

        Defendant.

Case No.: 2:20-cv-03508-AFM

**[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920.**

TO ALL PARTIES AND ATTORNEYS OF RECORD:

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Costs / Expenses, IT IS ORDERED that fees in the amount of $4,700.00 as authorized by 28 U.S.C. § 2412, including costs and expenses as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

Dated:  12/8/2021

_____

HONORABLE ALEXANDER F. MACKINNON
United States Magistrate Judge

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.